## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

SABAL TRAIL TRANSMISSION, LLC,

    Plaintiff,

v.                                        Case No: 5:16-cv-177-Oc-30PRL

1.673 ACRES OF LAND IN LAKE
COUNTY FLORIDA, MARK R. SMITH,
MARGARET R. SMITH, JPMORGAN
CHASE BANK, N.A. and UNKNOWN
OWNERS, IF ANY,

    Defendants.

## ORDER OF DISMISSAL

    Before the Court is the Plaintiff's Notice of Dismissal Without Prejudice (Dkt. #16).

Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 11th day of May, 2016.

                                        JAMES S. MOODY, JR.
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record